**Order filed December 21, 2011**



In The

# Fourteenth Court of Appeals

_____

NO. 14-10-01212-CR
_____

**JUAN MANUEL MESTICO-RODRIGUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 174th District Court
Harris County, Texas
Trial Court Cause No. 1260041**

## AMENDED ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibits #71 (DVD) and #72 (DVD).**

The clerk of the 174th District Court is directed to deliver to the Clerk of this court the original of State's Exhibits #71 (DVD) and #72 (DVD), on or before **December 30, 2011.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibits #71 (DVD) and #72 (DVD), to the clerk of the 174th District Court.

PER CURIAM